GEORGE A. OWEN, Appellant, *v.* WESTCHESTER COUNTRY CLUB, INC., Respondent.

Reported below, 265 App. Div. 796.
Submitted October 5, 1942; decided October 15, 1942.

*Munn Brewer* for motion.
*Daniel A. Lynch* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion unless the appellant files and serves undertaking on appeal and pays ten dollars costs within thirty days, in which event the motion is denied.